**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ANDREW COATES,                                    CASE NO. 2:23-cv-1172-SPC-KCD

       Plaintiff,

v.

NEXT LEVEL HOSPITALITY
SERVICES, INC.
a Delaware Limited Liability Company,

       Defendant.

_____

**DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant Next Level Hospitality Services, LLC ("Defendant" or "Next Level") (incorrectly named in the Complaint as "Next Level Hospitality Services, Inc.") makes the following disclosure(s).

1. **If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:**

   Aramark Healthcare Support Services, LLC, which wholly owns Next Level
   Aramark Services, Inc., which is Aramark Healthcare Support Services, LLC's parent company
   Aramark Intermediate HoldCo Corporation, which wholly owns Aramark Services, Inc.
   Aramark, which wholly owns Aramark Intermediate HoldCo Corporation

2. **If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify**

the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

N/A

3.  **Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:**

    Andrew Coates – Plaintiff
    Benjamin H. Yormak, Esq – Counsel for Plaintiff
    Yormak Employment & Disability Law – Counsel for Plaintiff
    Next Level – Defendant
    Aramark Healthcare Support Services, LLC, which wholly owns Next Level
    Aramark Services, Inc., which is Aramark Healthcare Support Services, LLC's parent company
    Aramark Intermediate HoldCo Corporation, which wholly owns Aramark Services, Inc.
    Aramark, which wholly owns Aramark Intermediate HoldCo Corporation
    Morgan, Lewis & Bockius LLP – Counsel for Defendant
    Anne E. Martinez, Esq. – Counsel for Defendant
    Anthony E. Reynolds, Esq. – Counsel for Defendant

4.  **Identify each entity with publicly traded shares or debt potentially affected by the outcome:**

    None.

---

[1]    See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

5. **Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:**

None.

6. **Identify each person arguably eligible for restitution:**

Plaintiff Andrew Coates seeks damages in his Complaint, but Next Level denies that he is eligible for damages or restitution.

⊠      **I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.**

Dated this 15th day of February 2024.      */s/ Chantae B. Brown*
Chantae B. Brown
Florida Bar No. 1044146
Email: chantae.brown@morganlewis.com
Anne E. Martinez (lead counsel)
Florida Bar No. 1050398
Email: anne.martinez@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell, Suite 1600
Miami, FL 33131
Telephone: 305.415.3384
eFacsimile: 877.432.3001


*Counsel for Defendant*

3

**PROOF OF SERVICE**

I HEREBY CERTIFY that on February 15, 2024, I electronically filed the foregoing document with the Clerk of Courts through the Florida Courts E-filing Portal, which in turn will send a notice of electronic filing to all parties who have appeared and who are listed on the Service List below.

/s/ *Chantae B. Brown*
Chantae B. Brown

**SERVICE LIST**

Benjamin H. Yormak
Yormak Employment & Disability Law
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

4